# Exhibit 1

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,752,504
Registered Aug. 19, 2003

## SERVICE MARK
PRINCIPAL REGISTER

## TOYS FOR TRUCKS

TOYS FOR TRUCKS (PARTNERSHIP)
16645 WALNUT ST., SUITE A
HESPERIA, CA 92345

   FOR: RETAIL STORE SERVICES IN THE FIELD OF PARTS AND ACCESSORIES FOR TRUCKS, VANS, AND OTHER VEHICLES, NAMELY SPORT UTILITY VEHICLES, AUTOMOBILES AND PICK-UP TRUCKS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-21-1988; IN COMMERCE 7-0-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRUCKS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-451,175, FILED 9-19-2002.

WILLIAM VERHOSEK, EXAMINING ATTORNEY