IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Toys for Trucks, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Toys for Trucks, Inc., a Wisconsin corporation,<br><br>Defendant. | Civil Action No.: **4:24-cv-1232** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Toys for Trucks, Inc., by and through its undersigned counsel, discloses that it has no parent corporation, and that no publicly traded corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: April 3, 2024

By: s/Tara M. Williams
Aaron Bradford (*pro hac* application forthcoming)
abradford@sheridanross.com
Tara Williams
Tex. Bar No. 24043999
SD Tex. Bar No. 840077
twilliams@sheridanross.com
Brian Boerman (*pro hac* application forthcoming)
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Phone: 303-863-9700
Facsimile: 303-863-0223
E-Mail: litigation@sheridanross.com

**ATTORNEYS FOR PLAINTIFF
TOYS FOR TRUCKS, INC.**